AARON D. FORD
  Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES RAY WALKER,<br><br>                    Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, et al.,<br><br>                    Respondents. | Case No. 2:15-cv-01240-RFB-GWF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a ninety (90) day enlargement of time, to and including May 2, 2022, in which to file and serve their response.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There has been no prior enlargement of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 31st day of January, 2022.

                                              AARON D. FORD
                                              Attorney General

                                              By:   /s/ Charles L. Finlayson
                                                        CHARLES L. FINLAYSON (Bar No. 13685)
                                                        Senior Deputy Attorney General

AARON D. FORD
  Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
  Senior Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES RAY WALKER,<br><br>            Petitioner,<br><br>vs.<br><br>WILLIAM GITTERE, et al.,<br><br>           Respondents. | Case No. 2:15-cv-01240-RFB-GWF<br><br>**DECLARATION OF COUNSEL** |

      I, Charles L. Finlayson, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

      1.    I am a Senior Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

      2.    My answer in this matter is presently due February 1, 2022. By this motion, I am requesting a 90-day day extension of time to file my response, up to and including May 2, 2022.

      3.    I require additional time to respond. I recently filed responses in *McClain v. Williams*, 2:17-cv-00753-RFB-NJK; and *Orduna v. Garrett*, 20-cv-00641-MMD-CLB. I have also been working diligently to complete responses in earlier filed capital cases, including *Leonard v. Gittere*, 2:99-cv-00360-MMD-DJ; and *Sonner v. Gittere*, 2:00-cv-01101-KJD-DJA. The petitioner in Leonard filed a nearly 400-page reply in support of his petition, along with additional requests for an evidentiary hearing and discovery, and the petitioner in Sonner filed a lengthy memorandum regarding procedural default. My responses in those matters are presently due in February. Although I anticipate having to request

extensions in those matters as well, I intend to prioritize them given the age of those cases. I also have an answer following an order on a motion to dismiss in *Mulder v. Gittere*, 3:09-cv-00610-JAD-CSD, due in April.

    4.    On top of my work on other cases, I spent a significant portion of my schedule in the previous weeks, including weekends and holidays, preparing for oral argument in the Ninth Circuit on a capital case. On January 25, the Ninth Circuit rescheduled that argument for March 17, 2022.

    5.    My role as a Senior Deputy Attorney General also requires that I take time from my own cases to assign cases, review and edit filings, conduct trainings, and coordinate responses with other departments. These responsibilities, which I cannot delegate, take up a significant portion of my time.

    6.    For the foregoing reasons, I respectfully request that this Court grant this request to extend the time for responding in this matter to May 2, 2022.

    7.    I contacted counsel for the petitioner and they indicated that they had no objection to my request.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

By:    /s/ Charles L. Finlayson
         CHARLES L. FINLAYSON (Bar No. 13685)
         Senior Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this  31st  day of      January            , 2022.



RICHARD E. BOULWARE, II
United States District Court

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 31st day of January, 2022, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

David Anthony
Martin Novillo
T. Kenneth Lee
Assistant Federal Public Defenders
411 East Bonneville Ave., Suite 250
Las Vegas, NV 89101

/s/ Amanda White