# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Ray Walker,<br><br>  Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>  Respondents | Case No.: 2:15-cv-01240-RFB-EJY<br><br>**ORDER** |

Petitioner, through counsel, moves to extend time to file his response to the respondents' motion to dismiss (ECF No. 135). ECF No. 137. The motion appears to be filed in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents to the Court that opposing counsel does not oppose the extension. The Court will grant the motion but notes that the extension will set a deadline for the response that is approximately eight months from the date the motion to dismiss was filed. Thus, the Court is not inclined to grant further extensions beyond this one.

IT IS THEREFORE ORDERED that petitioner's motion to extend time to file his response to the respondents' motion to dismiss (ECF No. 137) is GRANTED. The response is due **February 20, 2024**. No further extensions will be granted absent a showing of extraordinary circumstances.

IT IS FURTHER ORDERED that petitioner's prior motion for extension of time (ECF No. 136) is denied as moot.

**Dated:** January 17, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**