# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Ray Walker, | Case No.: 2:15-cv-01240-RFB-EJY |
| Petitioner | **ORDER** |
| v. | |
| William Gittere, et al., | |
| Respondents | |

Two motions are pending before the Court. First, respondents move to waive compliance with LSR 3-3 as it pertains to respondents' index of exhibits in support of their motion to dismiss (ECF No. 135) in this death penalty case. ECF No. 124. LSR 3-3(c) encourages parties to a habeas action to avoid filing duplicate exhibits. With their motion, respondents provide good cause for allowing them to file the full state court record even though numerous exhibits contained in that record have already been filed in this case. Thus, the motion will be granted.

Second, petitioner moves to extend time to file his response to the respondents' motion to dismiss. ECF No. 139. The Court previously warned petitioner that no further extensions would be granted absent a showing of extraordinary circumstances. See ECF No. 138. In response to that warning, petitioner's counsel has provided a detailed declaration recounting numerous conflicting deadlines and unexpected attenuating circumstances that he has dealt with since requesting his last extension. ECF No. 139 at 3-5. Counsel also states that this his "final" request for an extension and that opposing counsel does not oppose the request. Id. at 3. Based on the representations in

counsel's declaration, the Court will allow a final extension.

**IT IS THEREFORE ORDERED** that respondents' motion to waive compliance with LSR 3-3 (ECF No. 124) is **GRANTED** *nunc pro tunc* as of June 23, 2023.

**IT IS FURTHER ORDERED** that petitioner's motion to extend time to file his response to the respondents' motion to dismiss (ECF No. 139) is **GRANTED**. The response is due **March 21, 2024**.

**Dated:** March 11, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2