UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RAY WALKER, | Case No.: 2:15-cv-01240-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Respondents, through counsel, move to extend time to file their reply in support of their motion to dismiss (ECF No. 135), response to petitioner's motion for evidentiary hearing (ECF No. 144), and response to petitioner's renewed motion for discovery (ECF No. 143). ECF No. 147. The motion appears to be filed in good faith and not solely for the purpose of delay.

Good cause appearing, **IT IS THEREFORE ORDERED** that respondents' motion to extend time (ECF No. 147) is GRANTED. Respondents' reply in support of their motion to dismiss (ECF No. 135), response to petitioner's motion for evidentiary hearing (ECF No. 144), and response to petitioner's renewed motion for discovery (ECF No. 143) are due **October 21, 2024**.

**IT IS FURTHER ORDERED** that respondents' prior motions for extension of time (ECF Nos. 145/146) are denied as moot.

**DATED:** September 23, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**